In the Matter of the Application of JOHN BOTH and ANDREW WESTON for the Return of Certain Books, Papers, Check Books and Memoranda.— The motion is granted so far as to require the Hon. Selah B. Strong, a justice of the Supreme Court, sitting as a magistrate, to return the books and papers of the petitioners, except those which are in the possession of the district attorney of Nassau county and before the grand jury; in other respects the motion is denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

AUGUST JACHMANN, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs.   Stay will be continued upon the filing of proof that an undertaking has been given.   Present—Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

ANDREW A. JOHNSON, Respondent, v. SARAH G. BARING, Appellant.— Motion to dismiss appeal granted, without costs.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

OLIVER M. OAKE, Respondent, v. JOSEPH PETRUZZI, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

MARGARET O'HANLON, Respondent, v. CARLHOFF REALTY COMPANY, INC., Appellant.— Motion denied on payment of fifty dollars within five days, and on the further condition that the appellant perfect the appeal for the April term (for which term this case is set down) and be ready for argument when reached; otherwise, upon filing an affidavit of non-compliance, the motion will be granted without further notice.   Present—Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

FRANK J. YANNUZZIE and Another, Appellants, v. THOMAS S. BURKE, Impleaded, Respondent.— Motion to vacate the order dismissing the appeal denied, without costs.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

THEODORE M. FACOPOULOS and Others, Respondents, v. JOSEPH LEVENSON, Appellant.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs.   The covenant to " keep the plumbing and heating plant in good repair " obligated the tenant to make repairs even though the condition of the plumbing and heating plant at the commencement of his term on April 1, 1919, was bad.   (*Hull* v. *Burns*, 17 Abb. N. C. 317; *Lehmaier* v. *Jones*, 100 App. Div. 495.)   Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

FRANCES E. FONDA, Respondent, v. GENERAL BAKING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

HARRY A. HANBURY, Respondent, v. METROPOLITAN SECURITIES COMPANY and ROBERT S. BUSSING, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Transfer Tax upon the Estate of JOHN LYON, Deceased. THE STATE TAX COMMISSION, Appellant, v. EXECUTOR OF JOHN LYON, Deceased, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with ten dollars costs and disbursements.   No opinion.   Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.